IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jack Pearson, | NO. C 04-01271 JW |
|       Plaintiff(s),<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| The Monterey Bay Aquarium Foundation, et al., | |
|       Defendant(s). | |

Pursuant to the parties' stipulation, the Case Management Conference scheduled for July 25, 2005 is continued to Monday, September 19, 2005 at 10:00 a.m. A joint case management statement shall be filed no later than September 6, 2005.

Dated: July 20, 2005

      /s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael D. Bruno mbruno@gordonrees.com
Timothy S. Thimesch thimesch@sbcglobal.net

**Dated: July 20, 2005**                                              **Richard W. Wieking, Clerk**

                                                          **By: /jwchambers/**
                                                                **Ronald L. Davis**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California